# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number:

KATHERINE TRUJILLO,

    Plaintiff

v.

AMITY PLAZA LLC; HOUSING AUTHORITY OF THE CITY OF LITTLETON dba SOUTH METRO HOUSING OPTIONS; and FRANK MARTINEZ,

    Defendants

## COMPLAINT FOR DAMAGES JURY TRIAL DEMANDED

COMES NOW, Plaintiff, KATHERINE TRUJILLO, through his undersigned counsel, Ramos Law, and complains and avers as follows:

### I.  NATURE OF COMPLAINT

1. This is an action for damages, costs, and attorney's fees, alleging sex and age discriminatory conduct in violation of the Fair Housing Act of 1968, as amended, 42 U.S.C. §§ 3601-19 ("FHA") and supplementary state law claims under CRS §§ 24-34-502 and 505.6.

2. At all material times mentioned herein, Plaintiff, age 72, was a resident of Amity Plaza apartment building which is owned and operated by Defendant Housing Authority of the City of Littleton.

3. On or about May 3, 2021, Plaintiff was the victim of a sexual assault perpetrated by Defendant Frank Martinez, then employed by Defendants Amity Plaza LLC and the Housing Authority of the City of Littleton.

## II. JURISDICTION AND VENUE

4. The Court has jurisdiction by 42 U.S.C. § 3613(a)-(b) and by 28 U.S.C. §§ 1331, 1337, 1343 and 2201. The Court also has supplemental jurisdiction under 28 U.S.C. § 1367(a) over the related state law claims.

5. Venue is proper in this District because the claims arose in the District of Colorado.

## III. PARTIES

6. Plaintiff is a 72 year old female and at all material times mentioned herein, resided at 200 W Sterne Pkwy, Littleton, CO 80120.

7. Defendant Amity Plaza, LLC is and was a limited liability company doing business in Colorado. Amity Plaza, LLC's registered agent is the Housing Authority of the City of Littleton, CO d/b/a South Metro Housing Options, 5808 S. Rapp Street, Ste 100, Littleton, CO 80120.

8. Defendant Littleton Housing Authority, d.b.a. South Metro Housing, is a political subdivision and public corporation of the State of Colorado exercising public powers per CRS § 29-4-209.

9. At all times relevant, Defendant Frank Martinez, age 58, resides at 132 S. Bryant Street, Denver, CO 80219; and was an employee of Defendant Amity Plaza, LLC.

## IV. STATEMENT OF THE FACTS

10. Plaintiff incorporates the prior paragraphs.

11. At all material times mentioned herein, Plaintiff was a rental resident of Amity Plaza which is located at 200 W. Sterne Parkway, Littleton, Co., having moved into Amity Plaza in January 2021.

12. That at all material times mentioned herein, Defendant Frank Martinez was an agent of Defendants Amity Plaza LLC ("Amity") and Defendant Littleton Housing Authority ("HA").

13. That at all material times mentioned herein, Defendant Martinez' duties for Defendants Amity and HA included providing maintenance services at Amity.

14. In his capacity as an agent of Defendants Amity and HA, Defendant Martinez did have access to the residents of Amity Plaza, and those residents did include Plaintiff.

15. That prior to Defendant Martinez, age 58, sexually assaulting Plaintiff on May 3, 2021, Defendant Martinez used his access to the residents to groom and ingratiate himself with Plaintiff, who was a 70 year old senior citizen.

16. That Defendant Martinez targeted Plaintiff due to her advanced age and sex, female.

17. To that end, Defendant Martinez, under the auspices of making repairs, used his ability to access Plaintiff's apartment to pursue her. Defendant Martinez' conduct before he sexually assaulted Plaintiff included calling and texting Plaintiff.

18. As time passed, Defendant Martinez became more aggressive in his grooming of Plaintiff and would masturbate while speaking with her over the phone.

19. That on May 3, 2021, Defendant Martinez called Plaintiff 11 times inquiring as to her whereabouts.

20. That on May 3, 2021, Defendant Martinez walked into Plaintiff's apartment, forceable kissed Plaintiff, and then sexually assaulted her by way of vaginal penetration against her will.

21. That both Defendants Amity and HA were aware of Defendant Martinez' untoward conduct by Defendant Martinez having witnessed his behavior toward Plaintiff before Defendant Martinez sexually assaulted Plaintiff.

## V.   FIRST CLAIM FOR RELIEF
### (42 U.S.C. § 3604(b) as to all Defendants)

22. Plaintiff incorporates the prior paragraphs.

23. Defendants discriminated against Plaintiff in the terms, conditions, or privileges in the rental of her apartment.

24. Defendants Amity and HA tolerated and facilitated Defendant Martinez' pattern of sexual discrimination.

25. Defendants' actions were sufficiently pervasive and severe as to create a hostile environment based on sex and age in violation of Plaintiff's rights, as protected by the Fair Housing Act, 42 U.S.C. § 3604(b). Defendants subjected Plaintiff to different terms and conditions because of her sex and age.

26. Defendants' actions demonstrate a willful and gross disregard of the known rights of Plaintiff.

## VI.   SECOND CLAIM FOR RELIEF
### (42 U.S.C. § 3617 as to all Defendants)

27. Plaintiff incorporates the prior paragraphs.

28. Defendants tolerated and/or facilitated Defendant Martinez' sexual discrimination and Defendants Amity and HA failed to investigate and intervene on behalf of Plaintiff.

29. Defendants' conduct was sufficiently pervasive and severe as so to create a hostile environment based on sex and age in violation of Plaintiff's rights, as protected by the Fair Housing Act, 42 U.S.C. § 3617.

30. Plaintiff's right to use and enjoy her apartment, after the assertion of her civil rights, was unlawfully interfered with on the basis of her sex and age.

31. Defendants' actions demonstrate a willful and gross disregard for the known rights of Plaintiff.

## VII.   THIRD CLAIM FOR RELIEF
### (CRS §§ 24-34-502 and 24-34-505.6)

32. Plaintiff incorporates the prior paragraphs.

33. Defendants discriminated against Plaintiff in the terms, conditions, or privileges in the rental of her apartment.

34. Defendants' actions were sufficiently pervasive and severe as to create a hostile environment based on sex and age in violation of Plaintiff's rights, as protected by the Colorado's Fair Housing Act, CRS §§ 24-34-502 and 24-34-505.6. Defendants subjected Plaintiff to different terms and conditions because of her sex and age.

35. Defendants' action demonstrate a willful and gross disregard for the known rights of Plaintiff.

## VIII.   FOURTH CAUSE OF ACTION
### (Sexual Assault)

36. Plaintiff incorporates the prior paragraphs.

37. That on May 3, 2021, Defendant Martinez sexually assaulted Plaintiff against her will in her apartment by forcing himself on Plaintiff and vaginally penetrating her.

38. That because of Defendant Martinez' conduct, Plaintiff Katherine Trujillo sustained serious and permanent injuries, past and future health care treatment bills.

**WHEREFORE**, the Plaintiff Katherine Trujillo requests that judgment be entered in her favor and against the Defendants, and each of them, jointly and severally, in an amount to be determined at trial for all economic, non-economic damages, punitive damages and physical impairment damages allowed by law, plus costs, pre and post judgment interest as permitted by law, and for such other and further relief as the Court deems just and proper.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES**

Respectfully submitted this 21st day of April, 2023.

/s/ *Clarence E. Gamble*
**Clarence E. Gamble**
Ramos Law
10190 Bannock Street, #200
Northglenn, CO 80260
Phone Number: (303) 733-6353
Fax Number: (303)865-5666
Email: clarence@ramoslaw.com