# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01019-CMA-TPO

KATHERINE TRUJILLO,

    Plaintiff,

v.

AMITY PLAZA, LLC,
HOUSING AUTHORITY OF THE CITY OF LITTLETON,
d/b/a South Metro Housing Options, and
FRANK MARTINEZ,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

PURSUANT to and in accordance with the Order Granting Defendants' Motion for Summary Judgment (Doc. #81) entered by the Honorable Christine M. Arguello on March 14, 2025, incorporated herein by reference, it is

ORDERED that final judgment is entered in favor of Defendants, Amity Plaza, LLC and Housing Authority of the City of Littleton, d/b/a South Metro Housing Options, and against Plaintiff, Katherine Trujillo, on Defendants' Motion for Summary Judgment. It is

FUTHER ORDERED that Plaintiff Katherine Trujillo's remaining state law sexual assault claim against Defendant Frank Martinez is DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that Plaintiff's complaint and action are DISMISSED.

DATED: March 14, 2025.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

           By:  s/  Robert R. Keech

                Robert R. Keech,
                Deputy Clerk